IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-cv-02668-O |
| HARVEY LEELANE SEARCY, | § § § | |
| Respondent. | § § § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on September 4, 2015. *See* ECF No. 11. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and this action is hereby **REMANDED** to the Ellis County Court of Law No. 2

**SO ORDERED** on this **5th day** of **October, 2015.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE